UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHEAL PLONKA,

        Plaintiff,

    v.

SILVER STAR PROTECTION GROUP, LLC,

        Defendant.

Case No. 25-cv-02047-JPG

## JUDGMENT

This matter having come before the Court, and all parties having agreed to dismissal, and the Court having approved the tendered settlement agreement except that attorney's fees and costs are approved in the amount of $9,023.00 rather than the requested $10,485.00,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED: June 10, 2026**

**MONICA A. STUMP, Clerk of Court**

_____
Deputy Clerk

**Approved:** _____
**J. PHIL GILBERT**
**United States District Judge**